SEALED
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 14 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN R. STEIER,<br><br>　　　　Defendant. | 8:22CR142<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>18 U.S.C. §§ 2252(a)(1) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

## COUNT ONE
(Distribution of Child Pornography)

On or about between October 28, 2019, and April 29, 2021, in the District of Nebraska and elsewhere, defendant JOHN R. STEIER, did knowingly distribute and attempt to distribute, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO
(Transportation of Child Pornography)

On or about October 14, 2021, in the District of Nebraska and elsewhere, defendant JOHN R. STEIER, did knowingly transport and attempt to transport, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT THREE
(Possession of Child Pornography)

On or about October 14, 2021, in the District of Nebraska and elsewhere, defendant JOHN R. STEIER, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
JODY BRENT MULLIS
Assistant U.S. Attorney